The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUEST INTEGRITY USA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>A.HAK INDUSTRIAL SERVICES US, LLC,<br><br>Defendant. | No. 2:14-CV-01971-RAJ<br><br>[PROPOSED] FINAL JUDGMENT PURSUANT TO RULE 54(b)<br><br>Noted for Hearing: August 15, 2017 |

In light of the Court's July 31, 2017 Order granting A.Hak Industrial Services US, LLC's ("A.Hak's") Motion for Summary Judgment Based on Collateral Estoppel (Dkt. # 230) and the parties' Joint Status Reports submitted on August 7 and August 15, 2017, it is **ORDERED, ADJUDGED, AND DIRECTED** that:

1. A.Hak's counterclaims and any other claims for affirmative relief, including but not limited to any requests for attorneys' fees and costs and related findings thereto (such as a request for a finding that the case is "exceptional" under applicable patent law), along with Quest's pending motion to dismiss certain counterclaims (Dkt. # 194), are hereby **BIFURCATED AND STAYED** pending any appeal by Quest Integrity USA, LLC ("Quest") of Dkt. # 230, the Court's July 31 Order granting Defendant's Motion for Summary Judgment.

[PROPOSED] FINAL JUDGMENT PURSUANT TO
RULE 54(b) – Page 1
No. 2:14-CV-01971-RAJ

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

2. Judgment based on collateral estoppel in favor of A.Hak is entered on Quest's claims for infringement as to all claims asserted from the '874 Patent against A.Hak and on A.Hak's counterclaim for declaratory judgment for non-infringement of such claims for the reasons set forth in the Court's July 31, 2017 Order on summary judgment, which granted A.Hak's Motion for Summary Judgment Based on Collateral Estoppel (Dkt. # 226).

3. That the above-recited judgment based on collateral estoppel is made final and appealable pursuant to Fed. R. Civ. P. 54(b), as the Court finds that there is no just reason for delay of an immediately appealable final judgment on its summary judgment determination and that an immediate appeal will promote efficient judicial administration and will not result in any unfair prejudice to the parties.

DATED this 22nd day of August, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

[PROPOSED] FINAL JUDGMENT PURSUANT TO RULE 54(b) – Page 2
No. 2:14-CV-01971-RAJ

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888