HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

QUEST INTEGRITY USA, LLC,

    Plaintiff,

v.

A.HAK INDUSTRIAL SERVICES US, LLC,

    Defendant.

Case No. 2:14-cv-01971 RAJ

ORDER

This matter is before the Court on the parties' Joint Motion to Vacate and Dismiss. Dkt. #244. Having considered the motion, the Court's indicative ruling, as well as all filings related thereto:

The motion is **GRANTED**. The Summary Judgment Order (Dkt. # 230) and Final Judgment Pursuant To Rule 54(b) (Dkt. # 233) are **VACATED**. The above-captioned action, including all claims and counterclaims, is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees (including attorney fees) and costs for this litigation and the pending appeal.

DATED this 10th day of May, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1